UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WALKER, | NO. CV 08-7768-JSL(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES WALKER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 11/10/09 , 2009.

/s/ Spencer Letts
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE